bef

# United States District Court
## Western District of Texas
## El Paso Division

INITIAL APPEARANCE / PLEA AND SENTENCE

**Case Number: EP:19-M -08592(1) MAT**

| | |
|---|---|
| DEFENDANT'S NAME: Reginaldo Neto Da Silva | ATTY FOR DEFENDANT: Leonard C. Morales |
| JUDGE: Miguel A. Torres | AUSA: Mallory Rasmussen |
| DEPUTY CLERK: Rita R Velez | INTERPRETER: X Yes ☐ No |
| COURT REPORTER: ERO | PROBATION: |
| | PRETRIAL OFFICER: |
| DATE: 09/24/2019 | TIME: __ Minutes   2:50 - 3:10 |

| PROCEEDINGS | DFT NO. | [DftNo1] | [DftNo2] |
|---|---|---|---|
| X  INITIAL APPEARANCE HELD | | X | |
| X  ARRAIGNMENT HELD | | X | |
| X  DFT INFORMED OF RIGHTS/oral consent to plea | | X | |
| X  GUILTY   DEFT [DftNo1]  COUNT(S):  COMPLAINT | | | |
| X  GUILTY PLEA ACCEPTED BY THE COURT | | X | |
| ☐  Information Filed On _____ | | | |
| ☐  Motion to Dismiss Complaint filed on _____ | | | |
| ☐  Court Grants Motion to Dismiss on _____ | | | |
| ☐  Order Dismissing Complaint entered on _____ | | | |
| ☐  Oral Motion by AUSA to Remit Special Assessment | | X | |
| ☐  Oral Order Granting Oral Motion to Remit Special Assessment | | X | |

X  SENTENCING HELD: Defendant sentenced to **one (1) year non-reporting probation ; No Fine; S/A REMITTED.**

**OTHER:**

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
09/24/2019
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

| | |
|---|---|
| USA § | |
| § | CRIMINAL COMPLAINT |
| vs. § | CASE NUMBER: EP:19-M -08592(1) - MAT |
| § | |
| (1) REGINALDO NETO DA SILVA § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **09/17/2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) _ and that this complaint is based on the following facts: *"The Defendant, Reginaldo Neto DA SILVA, an alien to the United States and a citizen of Brazil, entered the United States from the Republic of Mexico by crossing the Rio Grande River on September 17, 2019 , approximately .28 West of the Paso Del Norte Port of Entry at El Paso, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers."*

Continued on the attached sheet and made a part of hereof:    [X] Yes   [ ] No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Padilla, Aaron

09/24/2019                                at   EL PASO, Texas
File Date                                      City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE                 Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) REGINALDO NETO DA SILVA

FACTS (CONTINUED)

The Defendant, Reginaldo Neto DA SILVA, an alien to the United States and a citizen of Brazil, entered the United States from the Republic of Mexico by crossing the Rio Grande River on September 17, 2019, approximately .28 West of the Paso Del Norte Port of Entry at El Paso, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers.

The DEFENDANT stated he was traveling with his minor daughter DA SILVA, Lorena and that he was the biological father. DA SILVA, Lorena presented an altered birth certificate stating she is a minor when in fact she is an adult and not traveling with her father but her uncle.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE

# United States District Court
## Western District of Texas
### El Paso Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| vs. § | No: EP:19-M -08592(1) |
| § § § | |
| **(1) REGINALDO NETO DA SILVA** § | |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Leonard C. Morales, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 24th day of September, 2019.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:  EP:19-M -08592(1) |
| | § | |
| (1) REGINALDO NETO DA SILVA | § | |

### ORDER SETTING INITIAL APPEARANCE/PLEA & SENTENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set before the **HONORABLE U.S. MAGISTRATE MIGUEL A. TORRES** for **INITIAL APPEARANCE/PLEA & SENTENCE**, **September 24, 2019 at 02:30 PM** in **Magistrate Courtroom, Room 712.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **09/24/2019.**

_____
**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**

(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgment in a Criminal Case for a Petty Offense (Probation)     Judgment

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
**September 24, 2019**
Clerk, U.S. District Court
Western District of Texas

By: _RRV_
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) REGINALDO NETO DA SILVA**
    Defendant.

CASE NUMBER: **EP:19-M -08592(1) MAT**

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, Reginaldo Neto Da Silva, was represented by counsel, Leonard C. Morales.

The defendant pled guilty to the complaint on September 24, 2019. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | September 17, 2019 |

As pronounced on September 24, 2019, the defendant is sentenced to **one (1) year probation, nonreporting and unsupervised. The defendant is not permitted to commit another federal, state or local crime, nor is the defendant permitted to illegally enter or reenter the United States during the term of probation. If the defendant is lawfully in the United States during the term of probation, the probation is reporting probation and the defendant must report to the nearest U.S. Probation Office and comply with the mandatory and standard conditions of probation. Violations of these terms of probation will likely result in revocation and imprisonment for up to six months.**

The special assessment imposed pursuant to 18 U.S.C. 3013 is hereby remitted pursuant to 18 U.S.C. 3573 because reasonable efforts to collect this assessment are not likely to be effective.

If is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed on this the 24th day of September, 2019.

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE